## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOEL HOPKINS, Individually and On Behalf of All Others Similarly Situated,　）<br>　）<br>　）<br>Plaintiff,　）<br>　）<br>　）<br>v.　）<br>　）<br>　）<br>CLUBCORP HOLDINGS, INC., JOHN A.　）<br>BECKERT, DOUGLAS H. BROOKS, ERIC　）<br>L. AFFELDT, JANET GROVE, JEFF　）<br>LAMB, LOU J. GRABOWSKY, EMANUEL　）<br>R. PEARLMAN, MARGARET SPELLINGS,　）<br>WILLIAM E. SULLIVAN, SIMON M.　）<br>TURNER, CONSTELLATION CLUB　）<br>PARENT, INC., CONSTELLATION　）<br>MERGER SUB INC., and APOLLO　）<br>GLOBAL MANAGEMENT, LLC,　）<br>　）<br>Defendants.　） | Case No. 2:17-cv-02158-MMD-VCF<br><br>**PLAINTIFF'S CERTIFICATE REGARDING DISCLOSURE OF INTERESTED PARTIES** |

Pursuant to LR 7.1-1, the undersigned attorneys of record for Plaintiff certify that there

are no known interested parties other than those participating in the case that have a direct,

pecuniary interest in the outcome of this case.

Dated:  August 21, 2017                              **KEMP, JONES & COULTHARD LLP**

By:  /s/ Michael J. Gayan
　　　Michael J. Gayan
　　　Nevada Bar #11135
　　　Wells Fargo Tower, 17th Floor
　　　3800 Howard Hughes Parkway
　　　Las Vegas, NV 89169
　　　(702) 385-6000
　　　*Attorneys for Plaintiff*

**OF COUNSEL:**
**BRODSKY & SMITH, LLC**
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
(610) 667-6200

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed and served **PLAINTIFF'S CERTIFICATE REGARDING DISCLOSURE OF INTERESTED PARTIES** in the above-referenced matter pursuant to the electronic case filing system (ECF) for the United States District Court for the District of Nevada. The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

 /s/ Patty Pierson
An Employee of Kemp, Jones & Coulthard

2