**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOEL HOPKINS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLUBCORP HOLDINGS, INC., JOHN A. BECKERT, DOUGLAS H. BROOKS, ERIC L. AFFELDT, JANET GROVE, JEFF LAMB, LOU J. GRABOWSKY, EMANUEL R. PEARLMAN, MARGARET SPELLINGS, WILLIAM E. SULLIVAN, SIMON M. TURNER, CONSTELLATION CLUB PARENT, INC., CONSTELLATION MERGER SUB INC., and APOLLO GLOBAL MANAGEMENT, LLC,<br><br>Defendants. | ) | Case No. 2:17-cv-02158-MMD-VCF |

**STIPULATION CLOSING AND TERMINATING THE ACTION**

WHEREAS, on October 25, 2017, the Court entered an order dismissing the claims asserted in the above-captioned action and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for the above Plaintiff's attorneys' fees or expenses;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a) that, there being no further issue for the Court to consider, the above-captioned action is closed and terminated. The Court no longer retains jurisdiction to consider any

application for an award of attorneys' fees and expenses. This stipulation is self-effectuating under Rule 41(a), and no further Order of the Court is required.

Dated: April 12, 2018

**KEMP, JONES & COULTHARD LLP**

By: */s/ Michael Gayan*
Michael J. Gayan
Nevada Bar #11135
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
(702) 385-6000

**OF COUNSEL:**
**BRODSKY & SMITH, LLC**
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
(610) 667-6200

*Counsel for Plaintiffs*

**PISANELLI BICE PLLC**

*/s/ Robert Ryan*
James J. Pisanelli, Esq., Bar No. 4027
Robert A. Ryan, Esq., Bar No. 12084
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

**OF COUNSEL:**
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Lewis R. Clayton, Esq.
Jonathan Hurwitz, Esq.
Andrew J. Markquart, Esq.
1285 Avenue of the Americas
New York, NY 10019

*Counsel for Apollo Global Management, LLC*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Maximilien Fetaz*
KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101

**OF COUNSEL:**
**SIMPSON THACHER & BARTLETT LLP**
Stephen P. Blake, Esq.
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5153

*Counsel for Defendants ClubCorp Holdings, Inc.,*
*John A. Beckert, Douglas H. Brooks, Eric L. Affeldt,*

*Janet Grove, Jeff Lamb, Lou J. Grabowsky,*
*Emanuel R. Pearlman, Margaret Spellings, William*
*E. Sullivan, and Simon M. Turner*